**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 21-6-DLB-CJS**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

v.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**BRENT L. CRAWFORD**                                                            **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

      By prior Order, Defendant Crawford was ordered by the Court to be evaluated to determine his competency to stand trial. (Doc. # 15). Consistent with local practice, this matter was referred to Magistrate Candace J. Smith for the purpose of preparing a Report and Recommendation. After holding a competency hearing, (Doc. # 32), and evaluating Crawford's competency evaluation, (Doc. # 34), Judge Smith issued a Report and Recommendation on October 29, 2021 recommending that Defendant Crawford was competent to face further proceedings. (Doc. # 35). Both the United States and Defendant Crawford having filed notices that they did not object to Judge Smith's Report and Recommendation. (Docs. # 36 and 37), the Report and Recommendation is now ripe for review.

      Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommendation that Defendant Crawford is competent to face further proceedings. Thus, the Report and Recommendation will be **adopted in full**.

Accordingly, **IT IS ORDERED AND ADJUDGED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 35) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant Crawford is deemed **COMPETENT** to stand trial;

(3) This matter is scheduled for an in-Court **scheduling conference** on **Wednesday, November 24, 2021 at 11:30 a.m.** before the undersigned.

This 17th day of November, 2021.



Signed By:
*David L. Bunning*   DB
United States District Judge

O:\DATA\ORDERS\Covington Criminal\2021\21-6 Order Adopting R&R on Competency.docx